# United States Court of Appeals
## For the First Circuit

---

No. 02-2323

IN RE JOAN E. CARP,
Debtor.

---

RICHARD W. GANNETT,
Plaintiff, Appellant,

v.

JOAN E. CARP,
Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on August 18, 2003 is corrected as follows:

On page 2, line 7 — change "debtor" to "creditor"